IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| TONY TOLBERT, | Civil Action No.  6:10-cv-2618-HFF-BHH |
| Plaintiffs, | |
| vs. | |
| CHARTER COMMUNICATIONS; ROBERT BRAMBLETT, KENNY PARKER, ANTHONY POPE, DONNA GROOTHEDDE and KATHY CARRAWAY, | |
| Defendants. | |

**DEFENDANT CHARTER COMMUNICATIONS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Charter Communications[1] states that the proper Defendant Charter Communications, LLC is an indirect subsidiary of Charter Communications, Inc., its manager, with its principal place of business in St. Louis, Missouri. All Charter Communications, LLC's membership interest is owned by Charter Communications Operating, LLC, which is also an indirect subsidiary of Charter Communications, Inc.  Charter Communications, Inc. is a publicly held company.

---

[1]     Plaintiff has improperly named "Charter Communications" as a defendant in this matter.  Plaintiff was employed by Charter Communications, LLC at relevant times.

Respectfully submitted, this 6th day of December, 2010.

/s/ William K. Brumbach, III
William K. Brumbach, III
Federal ID No. 10495
*wbrumbach@littler.com*

LITTLER MENDELSON, P.C.
Capitol Center Tower
1201 Main Street, Suite 1930
Columbia, South Carolina 29201
Telephone: 803-231-2500
Facsimile:  803-799-9837

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on December 6, 2010, the undersigned filed the foregoing using the Court's CM/ECF system.  Additionally, the foregoing has been served upon *pro se* Plaintiff by placing the same in the United States Certified mail, return receipt requested, postage prepaid, addressed to the following as shown below.

*Tony Tolbert*
*638 Old Augusta Road*
*Greenville, SC  29605*

s/ William K. Brumbach, III
William K. Brumbach, III
Federal ID No. 10495
*wbrumbach@littler.com*
LITTLER MENDELSON, P.C.
1201 Main Street, Suite 1930
Columbia, South Carolina 29201
Telephone: 803-231-2500
Facsimile:  803-799-9837
*Attorneys for Defendant*